IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
David Kirkland Andrews
Debtor  BK: 22-03257-MH1-13
xxx-xx-6982

David Kirkland Andrews
Plaintiff

vs.

Internal Revenue Service
Defendant  Adv. No. 23-AP-90003

_____

**AGREED ORDER CONTINUING THE
PRETRIAL CONFERENCE**
_____

The joint motion to continue the pre-trial has been filed requesting that the Court continue the pre-trial conference sixty days. As evidenced by signatures of respective counsel below, the parties agree to the entry of the following order:

IT IS HEREBY ORDERED that the pre-trial conference be rescheduled 60 days out.

IT IS SO ORDERED.

**This order was signed and entered electronically as indicated at the top of the first page.**

Approved for entry:

*/s/Keith D. Slocum*
Keith D. Slocum, BPR No. 0023024
Harlan, Slocum & Quillen
Attorney for the debtor
39 Public Square
PO Box 949
Columbia, TN 38402-0949
Phone - 931/381-0660
Fax - 931/381-7627
bknotices@robertharlan.com


DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ Ward W. Benson
WARD W. BENSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-9642
Fax: (202) 514-6866
Email: ward.w.benson@usdoj.gov

*Attorney for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2023, the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.


        /s/ Keith D. Slocum
        Keith D. Slocum – BRP 023024