*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge



Dated: 2/24/2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br>David Kirkland Andrews<br>Debtor<br>xxx-xx-6982 | BK: 22-03257-MH1-13 |
| David Kirkland Andrews<br>Plaintiff | |
| vs. | |
| Internal Revenue Service<br>Defendant | Adv. No. 23-AP-90003 |

___

### AGREED ORDER CONTINUING THE
### PRETRIAL CONFERENCE
___

The joint motion to continue the pre-trial has been filed requesting that the Court continue the pre-trial conference sixty days. As evidenced by signatures of respective counsel below, the parties agree to the entry of the following order:

IT IS HEREBY ORDERED that the pre-trial conference is rescheduled

for 5/2/2023 at 01:15 PM, via Zoom (audio only) for Courtroom 3.

IT IS SO ORDERED.

**This order was signed and entered electronically as indicated at the top of the first page.**

Approved for entry:

*/s/Keith D. Slocum*
Keith D. Slocum, BPR No. 0023024
Harlan, Slocum & Quillen
Attorney for the debtor
39 Public Square
PO Box 949
Columbia, TN 38402-0949
Phone - 931/381-0660
Fax - 931/381-7627
bknotices@robertharlan.com


DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ Ward W. Benson
WARD W. BENSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-9642
Fax: (202) 514-6866
Email: ward.w.benson@usdoj.gov

*Attorney for Defendant*


## CERTIFICATE OF SERVICE

     I hereby certify that on February 23, 2023, the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.


                                             /s/ Keith D. Slocum
                                             Keith D. Slocum – BRP 023024

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.