United States Bankruptcy Court
Middle District of Tennessee

Andrews,
    Plaintiff

Adv. Proc. No. 23-90003-MFH

Internal Revenue Service,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0650-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 24, 2023 | Form ID: pdf001 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | U.S. Trustee, Office of the U.S. Trustee, One Memphis Place, 200 Jefferson Avenue, Suite 400, Memphis, TN 38103-2383 |
| ust | + | United States Trustee, Historic U.S. Courthouse, 31 E. Eleventh Street, Fourth Floor, Chattanooga, TN 37402-4205 |
| pla | + | David K Andrews, 2098 Nashville Highway, Columbia, TN 38401-7232 |
| dft | + | Internal Revenue Services, Office of the U.S. Attorney, 110 9th Ave. S., Suite A-961, Nashville, TN 37203-3870 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | + Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2023 23:24:00 | Internal Revenue Service, Attn: Special Procedures, 801 Broadway MDP-148, Nashville, TN 37203-3879 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, C/O Dept of Justice, Attn: Attorney General, 950 Pennsylvania Avenue, Washington, DC 20530-0001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KEITH DAVID SLOCUM | on behalf of Plaintiff David K Andrews bknotices@robertharlan.com bknotices@robertharlan.com;kds1975kds@gmail.com |
| WARD W BENSON | on behalf of Creditor United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov |

TOTAL: 2

Marian F. Harrison
US Bankruptcy Judge

Dated: 2/24/2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
David Kirkland Andrews
Debtor                                              BK:      22-03257-MH1-13
xxx-xx-6982

David Kirkland Andrews
Plaintiff

vs.

Internal Revenue Service
Defendant                                      Adv. No. 23-AP-90003

_____

**AGREED ORDER CONTINUING THE
PRETRIAL CONFERENCE**
_____

The joint motion to continue the pre-trial has been filed requesting that the Court continue the pre-trial conference sixty days. As evidenced by signatures of respective counsel below, the parties agree to the entry of the following order:

IT IS HEREBY ORDERED that the pre-trial conference is rescheduled for 5/2/2023 at 01:15 PM, via Zoom (audio only) for Courtroom 3.

IT IS SO ORDERED.

                                                   **This order was signed and entered electronically as indicated at the top of the first page.**

Approved for entry:

*/s/Keith D. Slocum*
Keith D. Slocum, BPR No. 0023024
Harlan, Slocum & Quillen
Attorney for the debtor
39 Public Square
PO Box 949
Columbia, TN 38402-0949
Phone - 931/381-0660
Fax - 931/381-7627
bknotices@robertharlan.com


DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ Ward W. Benson
WARD W. BENSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-9642
Fax: (202) 514-6866
Email: ward.w.benson@usdoj.gov

*Attorney for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2023, the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Keith D. Slocum
Keith D. Slocum – BRP 023024

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.